No. 03–8539. MARIN-GARCIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8546. CUELLAR *v.* UNITED STATES; GUAJÁRDO *v.* UNITED STATES; and SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 78 Fed. Appx. 437 (first judgment); 79 Fed. Appx. 31 (second judgment) and 618 (third judgment).

No. 03–8548. GALARZA-COLLAZO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8549. GAMEZ-DE LA CRUZ *v.* UNITED STATES; HERNANDEZ-RIOJAS *v.* UNITED STATES; GONZALEZ-RIOS *v.* UNITED STATES; RODRIGUEZ-SALAZAR *v.* UNITED STATES; TORRES-RODRIGUEZ *v.* UNITED STATES; and VILLAREAL-SANTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 78 Fed. Appx. 925 (first judgment); 79 Fed. Appx. 21 (second judgment), 39 (third judgment), 68 (fourth judgment), 77 (fifth judgment), and 87 (sixth judgment).

No. 03–8550. CABRERA-PINEDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8551. CABANAS-ROMERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8553. RAMIREZ-LABRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8554. RODRIGUEZ-QUINTANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8555. AGUILAR-SOTO, AKA AGUILAR *v.* UNITED STATES (Reported below: 79 Fed. Appx. 70); ALFARO-CORDOVA *v.* UNITED STATES (79 Fed. Appx. 69); ANDRADE-ACOSTA, AKA CASTRO-ANDRADE *v.* UNITED STATES (79 Fed. Appx. 18); CERVANTES-NAVA, AKA NAVA CERVANTES, AKA CERVANTES-NOVA *v.* UNITED STATES (79 Fed. Appx. 17); DAVILA-BARRAZA, AKA DAVILA-VARRASA, AKA ALDREDO BARRASA, AKA GALVAN, AKA VALLASA *v.* UNITED STATES (79 Fed. Appx. 75); GERONIMO-PINEDA, AKA LOPEZ *v.* UNITED STATES (78 Fed. Appx. 425); GONZALEZ-PALOMO, AKA GONZALES, AKA PALOMA *v.* UNITED STATES (79 Fed. Appx. 40); GUAJARDO-LOPEZ *v.* UNITED STATES (79 Fed. Appx. 35); HAY-

LOCK v. UNITED STATES (79 Fed. Appx. 37); JARDINES-MENDOZA, AKA PACHECO-MENDOZA v. UNITED STATES (79 Fed. Appx. 80); JIMENEZ-VISOSO v. UNITED STATES (79 Fed. Appx. 29); JIRON-MALDONADO, AKA DIXON-DUBLON v. UNITED STATES (79 Fed. Appx. 33); LOPEZ-GARCIA, AKA LOPEZ v. UNITED STATES (79 Fed. Appx. 43); LOPEZ-QUEZADA v. UNITED STATES (79 Fed. Appx. 41); NAVA-HERNANDEZ v. UNITED STATES (78 Fed. Appx. 424); OYUELA-FLORES v. UNITED STATES (79 Fed. Appx. 44); SANCHEZ-DELEON, AKA RIOS SANCHEZ v. UNITED STATES (78 Fed. Appx. 423); SANCHEZ-NAVARRO, AKA CASTILLO-DELGADO v. UNITED STATES (79 Fed. Appx. 28); SANTOS-CASTRO, AKA SANTOS-RUIZ v. UNITED STATES (79 Fed. Appx. 27); SAUCEDO-ROSALES v. UNITED STATES (79 Fed. Appx. 36); and VELOZ v. UNITED STATES (79 Fed. Appx. 45). C. A. 5th Cir. Certiorari denied.

No. 03–8556. RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8559. BERGIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8560. AMADOR-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8561. BAILEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–8565. MERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8573. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8578. VICKERS v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. (two judgments). C. A. 5th Cir. Certiorari denied.

No. 03–8664. ROE v. TAFT, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–642. ALLEN ET AL. v. PACHECO. Sup. Ct. Colo. Motions of American Association of Health Plans-Health Insurance Association of America et al., Civil Justice Association of Califor-